IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CHRISTOPHER SHORTER #21344-017
    PLAINTIFF

vs.    Case No.

UNITED STATES OF AMERICA et al
    DEFENDANTS

## DISCLOSURE

To all concerned parties, (i.e.), CLERK OF COURT, MAGISTRATE JUDGE, DISTRICT JUDGE, DEFENDANTS and all other parties; the Plaintiff advises that she is a **TRANSGENDER FEMALE**, (MTF) Male to Female and request to be referred to using feminine pronoun(s) and/or in the alternative her last name **SHORTER**. Plaintiff is currently being treated for the serious medical condition of **GENDER DYSPHORIA**.

Signed this 12th day of October, 2017

Respectfully Submitted,

_____
Signature of Plaintiff

## DECLARATION

I, CHRISTOPHER SHORTER #21344-017, declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed October 12, 2017 at Miami FCI, Miami, FL.

_____
Signature of Plaintiff