IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CHRISTOPHER SHORTER #21344-017
    PLAINTIFF

vs.                                    Case No.

UNITED STATES of AMERICA et al
    DEFENDANTS

## MOTION TO LOCATE DEFENDANT
### 28 USCS §1915(d)

Plaintiff moves this HONORABLE COURT for request that U.S. Marshal Service locate defendant Warden Jordan Hollingsworth in order to serve him.

In support for this motion the Plaintiff asserts that she is a federal prisoner who do not have the means to locate defendant Warden Jordan Hollingsworth who has retired from the Bureau of Prisons institution Fort Dix FCI.

Plaintiff also moves this HONORABLE COURT to enter such order to locate any of the defendants who no longer works at Fort Dix FCI.

Wherefore, Plaintiff PRAYS this HONORABLE COURT grants Motion To Locate Defendant and/or Defendant(s).

Signed this 12th day of October, 2017

Respectfully Submitted,

_____
Signature of Plaintiff

### DECLARATION

I, CHRISTOPHER SHORTER #21344-017, declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed October 12, 2017 at Miami FCI, Miami, FL.

_____
Signature of Plaintiff