EX HIBIT 3

Program Statement 5100.08 – Inmate Security Designation and Custody Classification

MANAGEMENT SECURITY LEVEL (MSL). Management Security Level is the security level assigned by the DSCC Administrator or designee to an inmate upon application of any of the following Management Variables:

- PSF Waived;
- Greater Security; and,
- Lesser Security.

Based on these Management Variables, the Management Security Level will normally be one security level greater or lesser than the scored security level.

MANAGEMENT VARIABLE. A Management Variable (MGTVs) reflects and supports the professional judgment of Bureau staff to ensure the inmate's placement in the most appropriate level institution. A Management Variable(s) is required when placement has been made and/or maintained at an institution level inconsistent with the inmate's security score — a score which may not completely/ accurately reflect his or her security needs.

MAXIMUM CUSTODY. The highest custody level assigned to an inmate requiring the highest level of security and staff supervision.

An inmate with MAXIMUM custody requires ultimate control and supervision. This classification is for individuals who, by their behavior, have been identified as assaultive, predacious, riotous, serious escape risks, or seriously disruptive to the orderly running of an institution. Accordingly, quarters and work assignments are assigned to ensure maximum control and

supervision. A custody change to or from MAXIMUM custody must be justified thoroughly on the BP-338 form and maintained

permanently in the Inmate Central File.

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017

E X H I B I T   EXHIBIT D
3 (continued)

Program Statement 5100.08 – Inmate Security Designation and Custody Classification

V  Greater Security. There may be security concerns which are not adequately reflected in the classification scheme. In circumstances where an inmate represents a greater security risk (i.e., pending charges, detainer, escape risk, etc.) than their assigned security level, they may be placed in an institution outside normal guidelines, and this MGTV will apply. When this MGTV

is applied based on institutional behavior which is not

supported by a UDC/DHO finding of guilt, staff will ensure compliance with the criteria as set forth in the Program Statement on Inmate Discipline and Special Housing Units. Application of this MGTV mandates the DSCC Administrator determine the most appropriate level of security required by the inmate and apply a Management Security Level (MSL). Designation will then be made to a DFCL commensurate with the inmate's Management Security Level. The MSL must be at least

one level greater than the scored security level which

is based on the Security Total and Public Safety Factor(s). This MGTV requires up to a 24 month expiration date.

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017

E X H I B I T  3 (continued)

Program Statement 5100.08 – Inmate Security Designation and Custody Classification

E  Population Management. Situations may occur in which an inmate requires housing in a facility which is not commensurate with his or her security level. Following are example situations: facility activation; population pressures affecting available appropriate-level bed space within 500 miles of the inmate's anticipated release residence; gang/security concerns.

© 2015 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

21344017